**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jason T Nickels** | Social Security number or ITIN **xxx–xx–5520** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Virginia** | Date case filed for chapter **7   12/19/18** |
| Case number: | **18–14235–KHK** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jason T Nickels | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 125 Stefaniga Rd<br>Stafford, VA 22556 | |
| 4. | **Debtor's attorney**<br>Name and address | Jeremy Calvin Huang<br>CHADWICK WASHINGTON, et al.<br>3201 Jermantown Rd.<br>Suite 600<br>Fairfax, VA 22030 | Contact phone 7033521900<br>Email: jhuang@chadwickwashington.com |
| 5. | **Bankruptcy trustee**<br>Name and address | H. Jason Gold<br>Nelson Mullins Riley & Scarborough LLP<br>101 Constitution Avenue, N.W.<br>Suite 900<br>Washington, DC 20001 | Contact phone (202) 712–2800<br>Email:<br>jason.gold@nelsonmullins.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. <br><br> **McVCIS 24–hour case information:** <br> Toll Free 1–866–222–8029 | 200 South Washington Street <br> Alexandria, VA 22314 <br><br> Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays. <br><br> Contact phone 703–258–1200 | **For the Court:** <br><br> Clerk of the Bankruptcy Court: <br> William C. Redden <br><br> Date: December 26, 2018 |
| **7. Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 28, 2019 at 09:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **1725 Duke Street, Suite 520, Alexandria, VA 22314** |
| **8. Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), <br> or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:  March 29, 2019** |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 3 >**

| | | |
|---|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13.** | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **14.** | **Payment of Fees for Alexandria Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of December 16, 2013, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                                                      page 3

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                              Case No. 18-14235-KHK
Jason T Nickels                                                                     Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9           User: palaciosl           Page 1 of 2           Date Rcvd: Dec 26, 2018
                               Form ID: 309A            Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2018.
```
db             +Jason T Nickels,    125 Stefaniga Rd,    Stafford, VA 22556-6704
14654544       +ADD Advanced,    4660 Kenmore Ave,    Suite 810,    Alexandria, VA 22304-1300
14654548        ASE Physicians,    20010 Century Blvd,    Suite 200,    Germantown, MD 20874-1118
14654543       +Account Rcv Mgmt Svc,    2727 Philmount Ave, Suite 100,    Huntingdon Valley, PA 19006-5398
14654545       +Alexandria Advanced Dentistry,    4660 Kenmore Ave,    Suite 318,   Alexandria, VA 22304-1306
14654546        Alteon Health,    PO Box 826481,,    Philadelphia, PA 19182-6481
14654547       +Anthem,    PO Box 27401,    Richmond, VA 23279-7401
14654549        Assoc of Alexandria Radiology,    PO Box 79537,    Baltimore, MD 21279-0537
14654550       +Cashet,    175 W Jackson Blvd,    Suite 1000,    Chicago, IL 60604-2863
14654552        Comcast,    PO Box 3005,    Southeastern, PA 19398-3005
14654553       +Comprehensive Physician Rsc,    10716 Richmond Hwy # 204,    Lorton, VA 22079-2645
14654558       +Emergency Phy Assoc of PA,    c/o Midwest Recovery Systems,    PO Box 899,
                 Florissant, MO 63032-0899
14654559       +Fredericksburg Emergency Med,    c/o PMAB, LLC,    PO Box 12150,    Charlotte, NC 28220-2150
14654561        INOVA,    PO Box 37013,    Baltimore, MD 21297-3013
14654577       +Lineburger, Goggan, et al,    61 Broadway,    Suite 2600,    New York, NY 10006-2840
14654563       +Loudoun Medical Group,    224 D Cornwall St. NW,    Suite 403,    Leesburg, VA 20176-2704
14654564       +Mary Washington Healthcare,    2300 Fall Hill Ave, Suite 101,    Fredericksburg, VA 22401-3342
14654565       +Medical Imaging of Fredericksb,    1201 Sam Perry Blvd,    Suite 102,
                 Fredericksburg, VA 22401-4490
14654566        Medical Imaging of Lehigh,    PO Box 3226,    Allentown, PA 18106-0226
14654567       +Medstar,    10980 Grantchester Way,    Columbia, MD 21044-6108
14654570       +NY City Health and Hospitals,    PO Box 27137,    New York, NY 10087-7137
14654572       +Radiological Assoc of Frederic,    4718 Carr Dr.,    Fredericksburg, VA 22408-2686
14654573       +Stafford Hospital,    2300 Fall Hill Ave, Suite 101,    Fredericksburg, VA 22401-3342
14654574       +Synergecit Communication,    5450 NW Central #220,    Houston, TX 77092-2061
14654575       +Virginia Hospital Center,    601 S. Carlin Springs Rd,    Arlington, VA 22204-1044
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: jhuang@chadwickwashington.com Dec 27 2018 03:16:10     Jeremy Calvin Huang,
                 CHADWICK WASHINGTON, et al.,    3201 Jermantown Rd.,    Suite 600,    Fairfax, VA  22030
tr             +EDI: FHJGOLD.COM Dec 27 2018 07:58:00      H. Jason Gold,
                 Nelson Mullins Riley & Scarborough LLP,    101 Constitution Avenue, N.W.,    Suite 900,
                 Washington, DC 20001-2133
14654560        EDI: HNDA.COM Dec 27 2018 07:58:00      Honda Finance,    Attn: Bankruptcy,    PO Box 168088,
                 Irving, TX 75016
14654551       +EDI: CKSFINANCIAL.COM Dec 27 2018 07:58:00      CKS FInancial,    PO Box 2856,
                 Chesapeake, VA 23327-2856
14654554       +E-mail/Text: bankruptcy@onlineis.com Dec 27 2018 03:17:56      Consolidated Edison Co of NY,
                 c/o Online Collections,    PO Box 1489,    Winterville, NC 28590-1489
14654555       +E-mail/Text: collect@ccsroanoke.com Dec 27 2018 03:18:19      Creditors Collection Service,
                 Attn: Bankruptcy,    PO Box 21504,    Roanoke, VA 24018-0152
14654557        E-mail/Text: pspitzer@emaonline.com Dec 27 2018 03:17:46      Emergency Medical Associates,
                 20010 Century Blvd,    Suite 200,    Germantown, MD 20874-1118
14654568       +EDI: NFCU.COM Dec 27 2018 07:58:00      Navy Federal Credit Union,    PO Box 3700,
                 Merrifield, VA 22119-3700
14654569       +E-mail/Text: netcreditbnc@enova.com Dec 27 2018 03:18:25      NetCredit,    175 W. Jackson Blvd,
                 Suite 1000,    Chicago, IL 60604-2863
14654571       +E-mail/Text: Bankruptcies@nragroup.com Dec 27 2018 03:18:47      Ponono Med Center,
                 c/o National Recovery Agency,    PO Box 67015,    Harrisburg, PA 17106-7015
14654556        EDI: USBANKARS.COM Dec 27 2018 07:58:00      Elan Financial Service,    Attn: Bankruptcy,
                 4801 Frederica St,    Owensboro, KY 42301
                                                                                               TOTAL: 11
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14654562        INOVA Alexandria,    2990 Telestar Court,    Falls Church, VA 22042,    Lineburger, Goggan, et al,
                 61 Broadway,    Suite 2600
                                                                                    TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0422-9           User: palaciosl              Page 2 of 2                   Date Rcvd: Dec 26, 2018
                               Form ID: 309A                Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2018 at the address(es) listed below:
              H. Jason Gold    jason.gold@nelsonmullins.com,
               VA19@ecfcbis.com;jgold@ecf.epiqsystems.com;hjg@trustesolutions.net;robert.ours@nelsonmullins.com;
               lori.stewart@nelsonmullins.com
              Jeremy Calvin Huang    on behalf of Debtor Jason T Nickels jhuang@chadwickwashington.com,
               lwoodward@chadwickwashington.com
              John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov
                                                                                             TOTAL: 3
```